IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAURENT BERTIN EBOUE,

     Petitioner,

v.                                          No. 1:26-cv-00890-KG-KK

MARY DE ANDA-YBARRA, et al.,

     Respondents.

## **MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Petitioner's Petition for a Writ of Habeas Corpus, Doc. 1, and Respondent's Response, Doc. 8.  The Court previously entered a Temporary Restraining Order ("TRO") directing Respondent to release Petitioner.  Doc. 9.  The Government's Response does not dispute or materially alter the relevant facts.  To the contrary, the Government concedes that the facts of this case are "substantially similar" to those in *Patel v. Noem*, 2026 WL 103163 (D.N.M.), in which this Court granted relief.  Doc. 8 at 4.

Accordingly, for the reasons set forth in the Court's TRO, the Court grants the Petition for a Writ of Habeas Corpus.  The Government is enjoined from redetaining Petitioner absent an individualized bond hearing consistent with due process.

Respondent shall file a status report within ten (10) days of entry of this Order demonstrating compliance.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE
- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.  Electronically filed documents can be found on the Court's PACER public access system.